## UNTITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 1:19-cr-0055-CLC-SKL-01 |
| **v.** ) | |
| ) | |
| **DAWN MARIE EAVES** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO CONTINUE

Comes now the defendant, by and through counsel, and would move this honorable court for an order continuing the dates in the Scheduling Order and issuing a new Scheduling Order. As grounds it would be stated that counsel was appointed to the defendant October 31, 2019. As stated in the defendant's prior motion to continue, the discovery in this drug conspiracy is fairly voluminous. Discovery was provided timely by the government on November 4th, but that has left the defendant and counsel only 37 days to review it and is only 42 days from the appointment of counsel as of the date this motion is being filed.

A plea agreement has been proposed to the defendant which the defendant is considering. In order to evaluate the proposed

agreement, the defendant is still sorting through the voluminous materials previously provided to her for her review.

The defendant has requested additional time to meet with counsel, finish her review of discovery and discuss all of her options. Both counsel and the defendant are working diligently to sort through the issues involved in this case along with the options being presented to the defendant in order to evaluate what is appropriate for her under the circumstances. Additional time is needed to complete the investigation of this matter and to discuss with the defendant the best way to proceed, necessitating a continuance. This request is not made for the purpose of delay but is to provide appropriate assistance of counsel to the defendant. It would be in the interest of justice to grant this Motion.

Counsel for the defendant has conferred with AUSA Joe DeGaetano and is authorized to state that there is no objection to this Motion.

Respectfully submitted,

**LUTHER - ANDERSON, PLLP**

BY: */s/ Daniel J. Ripper*
**DANIEL J. RIPPER**
**TN BPR #15642**
Attorney for Defendant
P. O. Box 151
Chattanooga, TN 37401-0151
423-756-5034

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 13th day of December, 2019.

                                  LUTHER - ANDERSON, PLLP

                                  BY: /s/ *Daniel J. Ripper*