# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 1:19–cr–00055–CLC–SKL

DAWN MARIE EAVES

NOTICE OF REARRAIGNMENT

PLEASE TAKE NOTICE that a rearraignment (change of plea hearing) as to defendant Dawn Marie Eaves will be held on Wednesday, January 15,2020 at 02:00 PM[EASTERN] before District JudgeCurtis L Collier.

CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE

By: Carrie B Stefaniak