U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ **REARRAIGNMENT**
☐ **WAIVER OF INDICTMENT/PLEA**

Case No. 1:19-cr-55    USA v. Dawn Eaves

**PRESENT:** Honorable Curtis L. Collier    ☑ U.S. District Judge    ☐ U.S. Magistrate Judge

Joe DeGaetano
Assistant U.S. Attorney | Attorney for Defendant | Probation Officer

DeAndra Hinton | Elizabeth Coffey |
Courtroom Deputy | Court Reporter | Interpreter(s)
☐ SWORN

**PROCEEDINGS:** DEFENDANT(S) ☑ SWORN

☐ Financial affidavit(s) executed
☐ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☐ Waiver executed
☐ Deft waived reading of indictment/information
☑ Indictment ☐ Information read
☑ Defendant pleads guilty to Count(s) 1 of the lesser included offense
☑ Court finds deft competent to plead; plea voluntary
☑ Guilty plea accepted by Court; deft adjudged guilty
☑ Plea Agreement filed - - - - -    Agreement: ☐ sealed ☐ not sealed

**BOND:** ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)

☐ Defendant ineligible for release on bond: _____

**SENTENCING:** 7/8/2020 at 2:00 pm

**OTHER MATTERS:**

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Time: 3:26 to 3:43    Date: 1/15/2020

rev 3/10